IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLIED SIGNAL TECHNOLOGY INC., et al.,<br><br>    Defendants. | No. C 05-1027 SBA<br>(*Related to Case No. 05-1615*)<br><br>**ORDER** |

On May 10, 2005, Plaintiff Frank Whiting ("Whiting") filed a Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel ("Whiting's Motion for Appointment of Lead Plaintiff") [Docket No. 10]. Whiting's Motion for Appointment of Lead Plaintiff is scheduled for a July 26, 2005 hearing.

On June 30, 2005, the parties submitted a stipulation requesting a continuance of the July 13, 2005 Case Management Conference to an unspecified date following the appointment of Lead Plaintiff.

For good cause showing,

IT IS HEREBY ORDERED THAT the Case Management Conference originally scheduled for **July 13, 2005 at 3:15 p.m.** is VACATED. The parties shall appear for a <u>telephonic</u> Case Management Conference on **Thursday, September 29, 2005 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Lead Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: July 1, 2005

                                                         Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge