BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
Aram S. Durphy (Bar No. 228948)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

*Liaison Counsel for Plaintiffs*

Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall (Bar No. 138703)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLIED SIGNAL TECHNOLOGY, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Master File No. C 05-1027 (SBA)<br>Consolidated Action<br><br><u>CLASS ACTION</u><br><br>**COURT MODIFIED STIPULATION AND ORDER ESTABLISHING AGREED SCHEDULE FOR BRIEFING AND HEARING OF MOTION TO DISMISS AND MOTION FOR CLASS CERTIFICATION** |

STIPULATON AND [PROPOSED] ORDER ESTABLISHING AGREED SCHEDULE FOR BRIEFING AND
HEARING OF MOTION TO DISMISS AND MOTION FOR CLASS CERTIFICATION
CASE NO. 4:05-CV-1027 (SBA)

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants submit the following stipulation establishing an agreed schedule for the briefing and hearing of Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification.

WHEREAS, Defendants' Motion to Dismiss is currently set for hearing in this Court on December 6, 2005; and

WHEREAS, Plaintiffs' papers in opposition to Defendants' Motion to Dismiss are currently due on October 14, 2005; and

WHEREAS, Defendants' reply papers in support of their Motion to Dismiss are currently due on October 28, 2005 to file their reply to Plaintiffs' opposition to the Motion to Dismiss; and

WHEREAS, in order to fully address the issues presented by Defendants' Motion to Dismiss, Plaintiffs have determined that they will require an additional fourteen days to respond thereto, to which defendants do not object; and

WHEREAS, the hearing on Plaintiffs' Motion for Class Certification is currently set for November 1, 2005; and

WHEREAS, to accommodate Defendants' need to take discovery of the Lead Plaintiff and to afford the parties the necessary time to prepare and file briefs in support of and in opposition to Plaintiffs' Motion for Class Certification, the parties have determined that a continuance of the hearing on the Motion for Class Certification would be appropriate and would serve the interests of justice; and

WHEREAS, Plaintiffs and Defendants have determined that consolidating the hearings for Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification would maximize efficiency; and

WHEREAS, Plaintiffs and Defendants, through their counsel, have conferred regarding the scheduling of the said briefing and hearing dates for both Defendants' Motion to Dismiss and the hearing on Plaintiffs' Motion for Class Certification, and have established a schedule for both motions that they believe is appropriate,

NOW, THEREFORE, the parties hereby stipulate to the following:

1. The deadline for the filing of Plaintiffs' papers in opposition to Defendants' Motion to Dismiss shall be extended by fourteen days to October 28, 2005;

2. Defendants' reply papers in support of their motion to dismiss shall be due on November 14, 2005;

3. Defendants shall file papers in opposition to Plaintiffs' Motion for Class Certification on or before November 2, 2005;

4. Plaintiffs' reply papers in support of their Motion for Class Certification shall be filed **on or before November 16, 2005**.

5. The hearing on Plaintiffs' Motion for Class Certification shall be held on December 6, 2005, at 1:00 p.m.

IT IS SO STIPULATED.

DATED: October 7, 2005

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
Aram S. Durphy (Bar No. 228948)
2125 Oak Grove Road, Suite 120
Walnut Creek, California  94598
Telephone: (925) 945-0200


By:_____/s/_____
               Aram S. Durphy

Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall (Bar No. 138703)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290

Attorneys for Plaintiffs

STIPULATON AND [PROPOSED] ORDER ESTABLISHING AGREED SCHEDULE FOR BRIEFING AND HEARING OF MOTION TO DISMISS AND MOTION FOR CLASS CERTIFICATION
45679 V02

2

David Priebe
DLA Piper Rudnick Gray Cary
2000 University Avenue
East Palo Alto, CA 94303-2248
Telephone: (650) 833-2056
Facsimile: (650) 833-2001


By:_____/s/_____
                David Priebe

Attorneys for Defendants


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/13/05

_/s/ Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge

STIPULATON AND [PROPOSED] ORDER ESTABLISHING AGREED SCHEDULE FOR BRIEFING AND HEARING OF MOTION TO DISMISS AND MOTION FOR CLASS CERTIFICATION
45679 V02

3