IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLIED SIGNAL TECHNOLOGY, INC. SECURITIES LITIGATION | Master File No. C 05-1027 |
| | **CLASS ACTION** |
| | **ORDER** |
| This Document Relates To: All Actions. | |

On October 7, 2005, the parties in the above-captioned matter submitted a stipulation requesting a continuation of the hearing date on Plaintiffs' Motion for Class Certification to December 6, 2005, to coincide with the hearing on Defendants' Motion to Dismiss.

On October 13, 2005, the Court approved the parties' stipulation, but set forth a briefing schedule such that the briefing on Plaintiffs' Motion for Class Certification would be fully submitted by November 16, 2005.

On October 25, 2005, the parties submitted a new stipulation requesting a modification of the briefing schedule set forth in the Court's October 13, 2005 Order, such that Defendants would be permitted to file their opposition to Plaintiffs' Motion for Class Certification on or before November 10, 2005 and Plaintiffs would be permitted to file their reply brief in support of their Motion for Class Certification on or before November 22, 2005.

Having considered the parties' October 25, 2005 stipulation,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss on or before October 28, 2005;

2. Defendants shall file their reply, if any, in support of their Motion to Dismiss on

1  or before November 14, 2005;

2  3. Defendants shall file their opposition to Plaintiffs' Motion for Class Certification
3  on or before November 10, 2005;

4  4. Plaintiffs shall file their reply, if any, in support of their Motion for Class
5  Certification on or before November 22, 2005.

IT IS FURTHER ORDERED THAT the hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification is CONTINUED from December 6, 2005 to <u>January 10, 2006 at 1:00 p.m.</u>  The Court may, in its discretion, adjudicate the motions without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

Dated: 10/28/05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge