```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

BERSON,

        Plaintiff,

  v.

APPLIED SIGNAL TECHNOLOGY INC. ET AL,

        Defendant.

NO. C 05-01027 **SBA**

**AMENDED** MINUTE ORDER
Date: 7/28/09

(2:10 – 2:38)

**The Honorable Saundra Brown Armstrong, Presiding**
**Clerk: Sheilah Cahill      Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Jeffrey Nobel

**Appearances for Defendant:**
Ray McDonald

                    **Motions:**

| | | |
|---|---|---|
| Plaintiff | Mo. for final approval of settlement | Granted |
| Plaintiffs | Mo. for award of attorney fees and reimbursement of costs and expenses | Granted |
| Plaintiffs | Mo. for an award to lead plaintiff pursuant to 15 USC Section 78u-4(A)(4) | Granted |

Order to be prepared by:  Proposed order submitted in Court

Notes:  Court finds notice of settlement adequate.  No objections were received and no objectors were present in court.  Court approves settlement and plan allocation.  Court finds class certification meets requirements; Court certifies class.  Court finds fees and costs fair and reasonable; Court approves fees and costs.  Court finds award to lead plaintiff reasonable; Court approves award.  Court will review proposed order submitted in Court.

Copies to:  Chambers