JEFFREY S. NOBEL (*jnobel@izardnobel.com*)
MARK P. KINDALL (Bar #138703) (*mkindall@izardnobel.com*)
**IZARD NOBEL LLP**
29 South Main Street, Suite 215
West Hartford, CT 06107
Tel: (860) 493-6292 | Fax: (860) 493-6290

Lead Counsel for Lead Plaintiff

ALAN R. PLUTZIK (Bar #077785) (*APlutzik@bramsonplutzik.com*)
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0200

Liaison Counsel for Lead Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLIED SIGNAL TECHNOLOGY, INC. SECURITIES LITIGATION | MASTER FILE NO. C 05-1027 (SBA) <br><br> <u>CLASS ACTION</u> <br><br> **AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4)** <br><br> Date: July 28, 2009 <br> Time: 1:00 p.m. <br> Place: Courtroom 3 <br> Before: Honorable Saundra Brown Armstrong |

This matter having come before the Court on July 28, 2009, on the Application for an Award to Lead Plaintiff Frank Whiting (Plaintiff) pursuant to 15 U.S.C. §78u-4(a)(4), and the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully formed in the premises and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to 15 U.S.C. §78u-4(a)(4), the Plaintiff is awarded $5,000.00, to be paid from the Settlement Fund.

IT IS SO ORDERED.

DATED: 7/30/09                    _____
                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
IZARD NOBEL LLP
29 South Main Street, Suite 215
West Hartford, Connecticut 06107
Tel:   (860) 493-6292
Fax:   (860) 493-6290

*Lead Counsel for Plaintiff*