JEFFREY S. NOBEL (*jnobel@izardnobel.com*)
MARK P. KINDALL (Bar #138703) (*mkindall@izardnobel.com*)
**IZARD NOBEL LLP**
29 South Main Street, Suite 215
West Hartford, CT  06107
Tel: (860) 493-6292 | Fax:  (860) 493-6290

Lead Counsel for Lead Plaintiff

ALAN R. PLUTZIK (Bar #077785) (*APlutzik@bramsonplutzik.com*)
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:  (925) 945-0200

Liaison Counsel for Lead Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLIED SIGNAL TECHNOLOGY, INC. SECURITIES LITIGATION | MASTER FILE NO. C 05-1027 (SBA) <br><br> CLASS ACTION <br><br> **ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES** <br><br> Date:    July 28, 2009 <br> Time:   1:00 p.m. <br> Place:   Courtroom 3 <br> Before: Honorable Saundra Brown Armstrong |

1  This matter having come before the Court on July 28, 2009, on the Application by Plaintiff's Counsel for an Award of Attorneys' Fees and Reimbursement of Costs and Expenses in the above-captioned litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court hereby awards Lead Counsel for Lead Plaintiff attorneys' fees of __30__% of the Settlement Fund, plus reimbursement of costs and expenses in the amount of $51,681.12, together with the interest earned thereon for the same period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable.

2. The awarded fees, costs and expenses shall be allocated among Plaintiffs' counsel by Lead Counsel Izard Nobel LLP in a manner which reflects each such counsel's contribution to the institution, prosecution and resolution of the above-captioned litigation.

IT IS SO ORDERED.

DATED: 7/30/09

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
IZARD NOBEL LLP
29 South Main Street, Suite 215
West Hartford, Connecticut 06107
Tel:   (860) 493-6292
Fax:   (860) 493-6290

*Lead Counsel for Plaintiff*