JEFFREY S. NOBEL (*jnobel@izardnobel.com*)
MARK P. KINDALL (Bar #138703) (*mkindall@izardnobel.com*)
**IZARD NOBEL LLP**
29 South Main Street, Suite 215
West Hartford, CT 06107
Tel: (860) 493-6292 | Fax: (860) 493-6290

Lead Counsel for Lead Plaintiff

ALAN R. PLUTZIK (Bar #077785) (*APlutzik@bramsonplutzik.com*)
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0200

Liaison Counsel for Lead Plaintiff

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLIED SIGNAL TECHNOLOGY, INC. SECURITIES LITIGATION | MASTER FILE NO. C 05-1027 (SBA) <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS AND PAYMENT OF SETTLEMENT FUND ADMINISTRATOR'S FEES AND EXPENSES** <br><br> Date: September 14, 2010 <br> Time: 9:00 a.m. <br> Place: Courtroom 3 <br> Before: Honorable Saundra Brown Armstrong |

WHEREAS, this Court previously entered an Order approving a settlement and dismissing this action;

WHEREAS, this Court retained jurisdiction of the action for the purpose of considering any further application or matter which may arise in connection with the administration of the settlement and the processing of Proofs of Claim and the distribution of the Settlement Fund to authorized claimants;

NOW THEREFORE, based on Plaintiffs' Motion for Distribution of Settlement Funds and for Payment of Fees and Expenses, the Declaration of Francisco R. Garzon ("Garzon Declaration") in support thereof, and all prior proceedings herein, and after due deliberation, and good cause appearing therefor,

IS HEREBY ORDERED that the administrative determinations of FRG Information Systems Corp. ("FRG") and Plaintiffs' Counsel respecting the allowed claimants, as set forth in Exhibit A to the Garzon Declaration, are hereby approved;

IT IS FURTHER ORDERED that the administrative determinations of FRG disallowing certain claims, as set forth in Exhibit B to the Garzon Declaration, are hereby approved;

IT IS FURTHER ORDERED that the firm of FRG shall be paid the sum of $74,914.39 from the Settlement Fund in this Litigation for its fees and out-of-pocket expenses incurred and to be incurred in connection with the claims administration process, as set forth in the Garzon Declaration;

/

/

/

/

/

2

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF SETTLMENT FUNDS AND PAYMENT OF FES AND EXPENSES
MASTER FILE NO. C 05-1027 (SBA)

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that FRG shall distribute to the authorized claimants identified in Exhibit A to the Garzon Declaration all monies remaining in the Settlement Fund after payment of FRG's fees and expenses under the direction of Plaintiffs' Counsel. |

IT IS SO ORDERED.

DATED: _____ _____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Mark P. Kindall (Bar # 138703)
IZARD NOBEL LLP
29 South Main Street, Suite 215
West Hartford, Connecticut 06107
Tel:    (860) 493-6292
Fax:    (860) 493-6290

*Lead Counsel for Plaintiff*

ALAN R. PLUTZIK (Bar #077785)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0200

*Liaison Counsel for Lead Plaintiff*

3

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF SETTLMENT FUNDS AND PAYMENT OF FES AND EXPENSES
MASTER FILE NO. C 05-1027 (SBA)